9:19mj38

# AFFIDAVIT OF PROBABLE CAUSE
# IN SUPPORT OF AN ARREST WARRANT

Your Affiant, being duly sworn, deposes and states as follows:

1. I, Cheree Miller, am a Deportation Officer of United States Immigration and Customs Enforcement, Enforcement and Removal Operations hereinafter referred to as ICE ERO and have been so employed for approximately two years. Prior to this, I was employed as a United States Border Patrol Agent for approximately sixteen years. I have received the requisite training and have gained practical experience investigating a wide variety of violations of U.S. law, to include the Immigration and Nationality Act of 1952 (INA), Title 8 Code of Federal Regulations, and Title 8 of the United States Code. Since August of 2000, I have conducted investigations or assisted with investigations which resulted in the Administrative Removal of people not legally present in the United States, and which resulted in the criminal prosecution of people for violations of Title 8 United States Code, Section 1326. The facts and circumstances enumerated below are derived from my own observations as well the observations of other law enforcement officers.

2. On March 21, 2019, ICE ERO Deportation Officer Woodson encountered Ernesto Don Juan-Perez while he was incarcerated in the Nacogdoches County Jail, in Nacogdoches Texas for a vehicle accident involving damages. Officer Woodson placed an immigration detainer on Ernesto Don Juan-Perez.

3. On March 21, 2019, Deportation Officer Miller conducted data system checks which revealed Ernesto Don Juan-Perez to be an alien who is associated to an existing Alien Registration File.

4. A check with National Crime Information Center (NCIC) revealed an existing FBI number, which is assigned to Ernesto Don Juan-Perez with aliases of Ernesto Juan Perez, Jose Perez, Ernesto Don Juan-Perez, and Ernesto Donjuan Perez.

5. Checks of the Citizenship and Immigration Services databases revealed Ernesto Don Juan-Perez is a citizen and national of Mexico. Ernesto Don Juan-Perez was arrested for illegal entry on February 11, 2009, ordered removed by Expedited Removal. On February 12, 2009 Ernesto Don Juan-Perez was convicted in the United States District Court, Southern District of Texas for illegal entry and sentenced to 10 days confinement. He was removed to Mexico on February 20, 2009. Ernesto Don Juan-Perez was arrested for illegal entry on February 10, 2010 and his order of removal was reinstated. On February 18, 2010 he was convicted

of illegal entry in Del Rio, Texas and sentenced to 90 days confinement. He was subsequently removed to Mexico on May 10, 2010.

6. Ernesto Don Juan-Perez has not applied for permission to re-enter the United States from the Attorney General of the United States or Secretary of Homeland Security since he was last removed in 2010.

7. Based on the facts and circumstances enumerated above, I believe that Ernesto Don Juan-Perez has committed a violation of Title 8 United States Code, Section 1326, Reentry of a Removed / Deported Alien, by being found in the Eastern District of Texas on March 21, 2019, after being previously deported from the United States without receiving permission from the Attorney General of the United States or Secretary of Homeland Security.

*[signature]*
Cheree Miller, Deportation Officer
U.S. Immigration and Customs Enforcement

SIGNED AND SWORN this the 21st day of March 2019, in Beaumont, Texas.

*[signature]*
ZACK HAWTHORN
United States Magistrate Judge
United States District Court
For the Eastern District of Texas

2